IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALFREDO DIAZ-GOMEZ, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:10-cv-1038-MEF |
| ) | (WO – Do Not Publish) |
| CAPITOL FARMERS MARKET, INC. ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Plaintiffs' Motion to Enforce Settlement Agreement (Doc. #45) and Defendants' counsel William D. Azar's Motion to Withdraw (Doc. #46), it is hereby

ORDERED that a telephonic status conference is set in this case for Friday, December 21, 2012, at 9:00 a.m., with the call to be arranged and initiated by William D. Azar, counsel for Defendants.

DONE this the 5th day of December, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE

1